## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **SCOTT RALPH WHEELOCK,** | § | |
| **TDCJ No. 02270570,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-24-CA-0416-XR** |
| | § | |
| **BOBBY LUMPKIN, Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| | § | |
| **Respondent.** | § | |

## J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) filed by Petitioner Scott Ralph Wheelock is **DISMISSED WITHOUT PREJUDICE**.  No Certificate of Appealability shall issue in this case.  This case is now **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 23rd day of April, 2024.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE